E-FILED
Friday, 28 January, 2005  08:28:36 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) COURT NO.  00-30044-001 |
| CARL A. ZINDEL, | ) |
| Defendant. | ) |

**PAYMENT AGREEMENT**

**I, CARL A. ZINDEL, agree to pay $500.00** a month until the judgment in this case has been paid which judgment has a present balance of $435,005.44 as of January 13, 2005. I understand this balance includes interest which has been accruing at 5.34% since the first day I was liable for interest.  If I complete this agreement, the United States will give me a Satisfaction of Judgment.  If I miss more than two months payments, this agreement will be void and the United States may begin enforcement of the restitution order.  I also agree to provide financial information when requested and inform the Financial Litigation Unit at 217-492-4450 of any increase in income as a result of, but not limited to, gifts, inheritance, lottery, employment, or substantial bonus.  I understand that the United States will modify this payment schedule to increase payments if financial circumstances change.

**Payments are to begin February 15, 2005, and continue on the 15th** day of each month thereafter until paid in full or this agreement is modified. Payment should be made payable to the **U.S. District Court** mailed to the address shown on the automated statement, along with the payment coupon, which will be provided by the U.S. Department of Justice.

I will inform the U.S. Attorneys Office in writing within seven days of any change of address or employment. I understand that default of the terms and conditions of this payment agreement will entitle the United States to execute on the judgment without further notice to me.

This Agreement does not waive the right of the United States to offset payments owed to the defendant including Treasury Tax Offsets.

DATE:  1/21/05                                                             s/ Carl A. Zindel
                                                                                          CARL A. ZINDEL, Defendant

DATE:  1/28/2005                                                        s/ Elizabeth L. Collins
                                                              By:      ELIZABETH L. COLLINS, Bar #487864
                                                                           Attorney for Plaintiff
                                                                           United States Attorney's Office
                                                                           318 South Sixth Street
                                                                           Springfield, IL 62701
                                                                           Phone: 217/492-4450
                                                                           Fax: 217/492-4888
                                                                           Email: beth.collins@usdoj.gov

THIS DOCUMENT WAS PREPARED BY THE UNITED STATES ATTORNEY'S OFFICE, ON BEHALF OF THE UNITED STATES OF AMERICA.

-2-

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **Payment Agreement** , has been made by placing in the United States mail, postage prepaid, addressed to:

>Carl A. Zindel
>13237 N. 550 East Road
>Stanford, IL 61774

DATE January 28, 2005

s/ Elizabeth L. Collins

By: ELIZABETH L. COLLINS, Bar #487864
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Phone: 217/492-4450
Fax: 217/492-4888
Email: beth.collins@usdoj.gov